# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2932 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | |
| | : | No. 142 DB 2022 |
| v. | : | |
| | : | |
| | : | Attorney Registration No. 87731 |
| SHEVELLE McPHERSON, | : | |
| | : | |
| Respondent | : | (Philadelphia) |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of December, 2022, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Shevelle McPherson is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).